**DENY and Opinion Filed July 1, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00437-CV**

**IN RE QUY DAO, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 107122-CC2**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Relator's May 9, 2022 petition for writ of mandamus challenges the trial court's temporary orders regarding Mother's Day possession in the underlying suit affecting the parent-child relationship. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Copart, Inc*., 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

Based on our review of the petition and the record, we conclude that relator has failed to show a clear abuse of discretion. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.


220437f.p05
/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE